UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

CONRAD HINES,

                                        Plaintiff,

             **-v.-**

                                              Civil Action No.
                                          9:08-cv-553 (GLS/DRH)


DOCTOR GANDHAM; DOCTOR
SILVERBERG; DOCTOR POLANO; P.A.
TED NESMITH; C.O. JOHN DOE and
NURSE, JANE DOE, et al., sued in their
individual and capacities under the color
of law,


                                        Defendants.

-------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

CONRAD HINES
Plaintiff Pro Se
A #042-375-283
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

**FOR THE DEFENDANT:**

HON. ANDREW M. CUOMO          SHOSHANAH V. BEWLAY
Attorney General for the            Assistant Attorney General
   State of New York
The Capitol
Albany, New York 12224-0341

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed February 10, 2009  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed February 10, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Defendants' motion to dismiss (Docket No. 20) is GRANTED as to all named defendants and that the complaint is DISMISSED as to all such defendants, and it is further

ORDERED, that the complaint is DISMISSED as to defendants "John Doe" and "Jane Doe", and it is further

ORDERED, that this case be terminated in its entirety, and it is further

ORDERED, that the Clerk of the Court is directed to enter judgment

and close this case, and it is further

ORDERED, that the Clerk serve a copy of this order on all the parties

by regular mail.


IT IS SO ORDERED

Dated:      March 3, 2009
              Albany, New York

Gary L. Sharpe
U.S. District Judge

3